UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIANA SANCHEZ | § § | |
| VS. | § § | C.A. NO. 2:20-cv-00061 |
| WALMART, INC., WAL-MART STORES TEXAS, LLC, AND WAL-MART REAL ESTATE BUSINESS TRUST | § § § § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DAVID S. MORALES:

COME NOW Plaintiff Mariana Sanchez and Defendants Walmart, Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Real Estate Business Trust and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed her Original Petition on December 16, 2019. Defendants filed their Answer on February 21, 2020, and removed the case to the United States District Court for the Southern District of Texas, Corpus Christi Division on February 28, 2020.

2. Plaintiff moves to dismiss the suit.

3. Defendants, who have answered, agrees to the dismissal.

4. This case is not a class action lawsuit.

5. The parties move that the lawsuit against Defendants Walmart, Inc., Wal-Mart Stores Texas, LLC, and Wal-Mart Real Estate Business Trust be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

Respectfully submitted,

Daw & Ray, LLP

*/s/ Elizabeth W. Yancy*
_____
Willie Ben Daw, III
Texas Bar No.: 05594050
Federal ID No.: 2373
Email: wbdaw@dawray.com
James Floyd
Texar Bar No.: 24047628
Federal ID No.: 559561
Email: jfloyd@dawray.com
Elizabeth W. Yancy
Texas Bar No.: 24098642
Federal ID No.: 3449212
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
Telephone: (210) 244-3121
Facsimile:  (210) 224-3188

**ATTORNEYS FOR DEFENDANTS**

THE PATEL FIRM, PLLC

*/s/ Justin P. Green*
_____
Justin P. Green
Texas Bar No.: 24087621
Federal ID No.:2763484
Email: justin@thepatelfirm.com
Minesh J. Patel
Texas Bar No: 24088194
Federal ID No.: 2472514
Email: minesh@thepatelfirm.com
1129 Airline Rd.
Corpus Christi, Texas   78412
Telephone: (361) 400-2036
Facsimile:  (361) 756-0737

**ATTORNEYS FOR PLAINTIFF**