UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIANA SANCHEZ, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-61 |
| WALMART, INC., *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's and Defendants' Joint Stipulation of Dismissal, signed by all parties who have appeared, under Federal Rule of Procedure 41(a)(1)(A)(ii). (D.E. 10). Plaintiff's case is dismissed with prejudice. (D.E. 10); FED. R. CIV. P. 41(a)(1)(B). Pursuant to Plaintiff's and Defendants' Joint Stipulation of Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SIGNED and ORDERED this 24th day of August 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE